

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2002

# USA v. Davis

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-2818

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

## Recommended Citation

"USA v. Davis" (2002). *2002 Decisions.* Paper 282.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/282

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 01-2818

_____

UNITED STATES OF AMERICA

vs.

JOHN DAVIS a/k/a John Davis-Bey

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. Criminal No. 99-cr-00638)
District Judge:  The Honorable Harvey Bartle, III

_____

Submitted Under Third Circuit LAR 34.1(a)
April 19, 2002

BEFORE: NYGAARD, AMBRO, and KRAVITCH,  Circuit Judges.

(Filed May 17, 2002)

_____

OPINION OF THE COURT
_____

NYGAARD, Circuit Judge.

Appellant, John Davis, argues on appeal that his counsel was ineffective for failing to request a downward adjustment under U.S.S.G  3B1.3.  He argues that he was a minor participant in the conspiracy.  Appellant also argues that his counsel was ineffective for failing to object to a two-level upward adjustment for the possession and use of a special skill.  Because both of these arguments raise issues of fact that must first be resolved by the District Court, we conclude that neither issue is ripe for appeal. Government of the Virgin Islands v. Forte, 806 F.2d 73, (3d Cir. 1986) (An appellant may not raise ineffective assistance of counsel in a direct appeal when there is an insufficient record for appellate review.)  Accordingly, we will dismiss the appeal.

_____

TO THE CLERK:

Please file the foregoing opinion.

/s/ Richard L. Nygaard
Circuit Judge